**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt**

Date: 5/2/13

In re:   Case No.:   05–15407 PM      Chapter:   11

V–ONE Corporation
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 239 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $849.17 Filed by Brian J. Dilks for Jeffrey & Donna Haltman. (James, Stephanie)

PROBLEM: 1) Photo identification must be provided for the locator, Brian J. Dilks. 2) Full tax identification numbers must be provided by Jeffrey & Donna Haltman.

CURE: File the corrected information to complete the Motion to Withdraw Funds requirements.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 5/16/13.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/after−filing**

                                                Mark D. Sammons, Clerk of Court
                                                by Deputy Clerk, Stephanie James   301−344−3328

cc:   Debtor(s)
      Attorney for Debtor(s) – Steven H. Greenfeld

Form defntc (01/06)