```
                        United States Bankruptcy Court
                            District of Maryland
In re:                                                    Case No. 05-15407-pm
V-ONE Corporation                                         Chapter 11
         Debtor
                           CERTIFICATE OF NOTICE
District/off: 0416-0          User: sjames            Page 1 of 2            Date Rcvd: May 02, 2013
                              Form ID: defntc         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 04, 2013.
dbpos        +V-ONE Corporation,    40 West Gude Drive,    Suite 200,   Rockville, MD 20850-1166
intp         +Brian J. Dilks,   c/o Diks & Knopik, LLC,    EverHome Mortgage Company,   P.O. Box 502,
               Redmond, WA 98073-0502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 04, 2013**           **Signature:**        _Joseph Speetjens_

```
District/off: 0416-0          User: sjames              Page 2 of 2                  Date Rcvd: May 02, 2013
                              Form ID: defntc           Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2013 at the address(es) listed below:

```
              Brent C. Strickland     bstrickland@wtplaw.com
              Kristen B. Perry    kperry@wtplaw.com
              Lynn A. Kohen     lynn.a.kohen@usdoj.gov
              Maria Ellena Chavez-Ruark    mruark@saul.com
              Michael J. Lichtenstein    mjl@shulmanrogers.com, tlockwood@shulmanrogers.com
              Morton A. Faller    mfaller@shulmanrogers.com, tlockwood@shulmanrogers.com
              Steven H Greenfeld    trusteegreen@cohenbaldinger.com, sgreenfeld@ecf.epiqsystems.com,
               monica@cohenbaldinger.com
              Steven H. Greenfeld    steveng@cohenbaldinger.com, cbglawbethesda@gmail.com
              Thomas F. Corcoran    Thomas.Corcoran@usdoj.gov
              US Trustee - Greenbelt    USTPRegion04.GB.ECF@USDOJ.GOV
                                                                                             TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Greenbelt

Date: 5/2/13

In re:   Case No.:   05−15407 PM     Chapter:   11

V−ONE Corporation
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 239 − Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $849.17 Filed by Brian J. Dilks for Jeffrey & Donna Haltman. (James, Stephanie)

PROBLEM: 1) Photo identification must be provided for the locator, Brian J. Dilks. 2) Full tax identification numbers must be provided by Jeffrey & Donna Haltman.

CURE: File the corrected information to complete the Motion to Withdraw Funds requirements.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 5/16/13.**

**Additional information for non−attorney filers is available at
http://www.mdb.uscourts.gov/content/after−filing**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Stephanie James  301−344−3328

cc:   Debtor(s)
      Attorney for Debtor(s) − Steven H. Greenfeld

Form defntc (01/06)