# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
at Greenbelt

Date: 7/31/13

In re:   Case No.:   05–15407 PM     Chapter:   11

V–ONE Corporation
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 244 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $929.85 Filed by Brian J. Dilks . (James, Stephanie)

PROBLEM: .

1. Proof of identification is required for the Locator, Brian J. Dilks.
2. Must have the complete Social Security number for the claimant.
3. Must correct the address on the affidavit. The affidavit lists the address as Holly Hill Lane,
and the Motion, Certificate of Service, Court Record lists the address of record as Holly Lane.

CURE: File a corrected Motion to disburse Unclaimed Funds.

CONSEQUENCE: Failure to cure the problem(s) by the date below may result in the pleading being stricken or other action the Court deems appropriate without further notice.

**All deficiencies must be cured by 8/14/13.**

**Additional information for non–attorney filers is available at
http://www.mdb.uscourts.gov/content/after–filing**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, Stephanie James  301–344–3328

cc:   Debtor(s)
      Attorney for Debtor(s) – Steven H. Greenfeld

Form defntc (01/06)