**SO ORDERED**



PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  05–15407 – PM    Chapter:  11

V–ONE Corporation
40 West Gude Drive
Suite 200
Rockville, MD 20851

Deficient Pleading No. – 244

Motion to Withdraw Unclaimed Funds

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
      Attorney for Debtor(s) – Steven H. Greenfeld
      U.S. Trustee
      Interested Party – Brian J. Dilks

**End of Order**

14.1 – *sjames*