**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  05–15407 – PM   Chapter:  11

V–ONE Corporation
40 West Gude Drive
Suite 200
Rockville, MD 20851

Deficient Pleading No. – 252

MOTION TO WITHDRAW
UNCLAIMED FUNDS FROM COURT
REGISTRY

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

  Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

  ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Steven H. Greenfeld
      Interested Party –
      U.S. Trustee

### End of Order

14.1 (02/02/2006) – *jwhitfield*