# DILKS & KNOPIK, LLC

"When Success Matters"

February 13, 2015

2015 FEB 20  AM 11: 21

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

U.S. Bankruptcy Court
Attn: Financial Adminsitrator
District of Maryland
8308 US Courthouse
101 W. Lombard Street
Baltimore, MD 21201

RE: Notice of Deficiency – Case Number: 05-15407 Debtor(s) V-ONE Corporation

To whom it may concern:

We have received the Notice of Deficiency in regard to the release of unclaimed monies due and owing to James R. Kuster in the amount of $929.85.

In the notice of deficiency (copy enclosed), the court requests the following:

1. Signed W-9 for James R. Kuster; and
2. Proof of current address for James R. Kuster.

In response to this notice, we respectfully submit the following:

1. Signed W-9 for James R. Kuster; and
2. Proof of current address for James R. Kuster (utility bill);

Thank you for your assistance with this matter.

Sincerely,

Brian J. Dilks

35308 SE Center Street
Snoqualmie, WA 98065

Phone (425) 836-5728
Fax   (877) 209-8249
Email info@dilksknopik.com

www.dilksknopik.com






FILED
2015 FEB 20  AM 11: 20
U.S. ...
DISTRICT OF MARYLAND
BALTIMORE



ON IT. Working for you 24/7.

**JAMES KUSTER**

Your account number: ●●●●●●●●-0004-5

Service delivered to: 24 HOLLY LANE PD

Your electric rate: EL 1 Residential or Religious
Your gas rate: Trans Residential or Religious Heating

Next meter reading date: Wednesday, May 22, 2013

## Your billing summary as of Apr 24, 2013

**Your previous charges and payments**

| | |
|---|---|
| Total charges from your last bill | $■■■ |
| Payments through Apr 22 | None |
| **Remaining balance** | $■■■ |

**Your new charges** - details start on page 2
Billing period: Mar 25, 2013 to Apr 23, 2013

| | |
|---|---|
| Electricity charges - for 29 days | $■■■ |
| Gas charges - for 29 days | $■■■ |
| Adjustments | $■■■ |
| **Total new charges** | $■■■ |

**Total amount due**  $■■■

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by **May 20, 2013.**

### Message Center

⚑ Have you overlooked your previous bill? Unless you have paid it recently, will you please pay this bill promptly and help us avoid asking for a deposit equal to two months' average billing. Thank you.

⚑ **HURRICANE SANDY ASSISTANCE** If you have been impacted financially by Hurricane Sandy and need help paying your energy bills, please call us at 1-800-75-CONED (1-800-752-6633). Our representatives can offer extensions, payment agreements and information about available financial aid programs.

⚑ The "Adjustments" amount includes a Late Payment Charge of $4.48 calculated on the portion of your balance which is overdue.

⚑ Join our Direct Payment Plan. Just place an 'X' in the DPP enrollment box on your payment slip when you mail back your payment by check. We'll use your banking information to enroll you in the plan. Then, each month, after you've had time to review your bill, we will automatically deduct your Con Edison bill payment from your checking account. Join Now.

⚑ AN OPPORTUNITY TO SAVE Save energy, save money, help the environment and receive rebates for energy-efficient heating and cooling equipment for your home. For more information call 1-877-870-6118.

### Contact us 24 hours a day, 7 days a week

To report a service problem,
call 1-800-75-CONED
(1-800-752-6633) or
visit www.conEd.com

Visit www.conEd.com
For payments,
visit www.conEd.com
or call 1-888-925-5016

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276-0138

For other information,
call 1-212-243-3003
or 1-877-262-0633

Page 1 of 3

---

Tear off here   Say good-bye to paper bills. Go to www.conEd.com and sign up for e'bills.



**Payment slip**

Please make checks payable to Consolidated Edison Company of N.Y. Inc.

To avoid a late payment charge of 1.5%, please pay the total amount due by **May 20, 2013.**

Your account number: ●●●●●●●●-0004-5
Total amount due: $■■■

Amount enclosed:

```
||||||||||||||||||||||||||||||||||||
```
JAMES KUSTER
24 HOLLY LANE PD
RYE NY 10580-3908

JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116-1702

[ ] Mark X to enroll in DPP      5556200034000045   900000021404   80000051745

```
|||| || ||||| |||| |||||| ||| |||||
```

Proof of Address
Page  1  of  1



| Form **W-9** (Rev. August 2013) Department of the Treasury Internal Revenue Service | **Request for Taxpayer Identification Number and Certification** | Give Form to the requester. Do not send to the IRS. |
|---|---|---|

Name (as shown on your income tax return)
**Dilks & Knopik, LLC**

Business name/disregarded entity name, if different from above

Check appropriate box for federal tax classification:
☐ Individual/sole proprietor   ☐ C Corporation   ☐ S Corporation   ☐ Partnership   ☐ Trust/estate
☑ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=partnership) ▶ **C**
☐ Other (see instructions) ▶

Exemptions (see instructions):
Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Address (number, street, and apt. or suite no.)
**35308 SE Center Street**

City, state, and ZIP code
**Snoqualmie, WA 98065-9216**

Requester's name and address (optional)

List account number(s) here (optional)

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on the "Name" line to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: ___-__-____

Employer identification number: **74-3049851**

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below), and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions on page 3.

**Sign Here**   Signature of U.S. person ▶ *[signature]*   Date ▶ **5-30-14**

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** The IRS has created a page on IRS.gov for information about Form W-9, at *www.irs.gov/w9*. Information about any future developments affecting Form W-9 (such as legislation enacted after we release it) will be posted on that page.

### Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, payments made to you in settlement of payment card and third party network transactions, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),
2. Certify that you are not subject to backup withholding, or
3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the

withholding tax on foreign partners' share of effectively connected income, and

4. Certify that FATCA code(s) entered on this form (if any) indicating that you are exempt from the FATCA reporting, is correct.

**Note.** If you are a U.S. person and a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

• An individual who is a U.S. citizen or U.S. resident alien,
• A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
• An estate (other than a foreign estate), or
• A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax under section 1446 on any foreign partners' share of effectively connected taxable income from such business. Further, in certain cases where a Form W-9 has not been received, the rules under section 1446 require a partnership to presume that a partner is a foreign person, and pay the section 1446 withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid section 1446 withholding on your share of partnership income.

Cat. No. 10231X                                                                  Form **W-9** (Rev. 8-2013)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

Date: 12/11/14

In re:   Case No.:   05–15407 PM      Chapter:   11

V–ONE Corporation
Debtor(s)

# DEFICIENCY NOTICE

**DOCUMENT:** 252 – Motion to Withdraw Unclaimed Funds from Court Registry on behalf of James R. Kuster in the amount of $929.85 Filed by Brian J. Dilks. (Attachments: # 1 Proposed Order # 2 Supporting documentation) (Whitfield, Jennifer)

**PROBLEM:** The following items are deficient for the above pleading, and must be cured by 12/29/14.

**CURE:** 1. Signed W–9 for James R. Kuster

2. Proof of current address for James R. Kuster.

**CONSEQUENCE:** Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing-requirements.
Additional information for non-attorney filers: http://www.mdb.uscourts.gov/content/after-filing.

Mark A. Neal, Clerk of Court
by Deputy Clerk, Jennifer Whitfield 301–344–3326

cc:  Debtor(s)
     Attorney for Debtor(s) – Steven H. Greenfeld
     James R. Kuster

     Dilks & Knopik, LLC

Form defntc (11/2013)

322230                              84605022252013

Entered: January 08, 2015
Signed: January 07, 2015
**SO ORDERED**



DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | |
|---|---|
| In re:  Case No.: 05-15407 - PM   Chapter: 11 | |
| V-ONE Corporation<br>40 West Gude Drive<br>Suite 200<br>Rockville, MD 20851 | Deficient Pleading No. - 252<br><br>MOTION TO WITHDRAW<br>UNCLAIMED FUNDS FROM COURT<br>REGISTRY |

### ORDER STRIKING FILING FOR FAILURE
### TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above-referenced filing is stricken from the official record of the instant case.

cc:  Debtor(s)
    Attorney(s) for Debtor(s) - Steven H. Greenfeld
    Interested Party -
    U.S. Trustee

**End of Order**

14.1 (02/02/2006) - *jwhitfield*